UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21575-CIV-MORENO

MARIO AVILA,

    Plaintiff,

vs.

WEISS & WOOLRICH, CONTRACTORS, INC., et al.,

    Defendants.
_____/

## NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TORRES TO EXERCISE JURISDICTION AND APPEAL OPTION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties are notified that United States Magistrate Judge Edwin G. Torres is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case including a jury or non-jury trial, and the entry of a final judgment. Magistrate Judge Torres may only exercise jurisdiction, however, if all parties voluntarily consent.

The parties may, without adverse substantive consequences, withhold consent, but this will prevent Magistrate Judge Torres from exercising the Court's jurisdiction. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to Magistrate Judge Torres or to Judge Moreno to whom the case has been assigned.

A party may appeal a judgment that Magistrate Judge Torres enters directly to the United States Court of Appeals in the same manner as a party would appeal any other judgment of a District Court. Copies of the form for the "Consent to Jurisdiction by a United States Magistrate Judge" are available from the Clerk of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of April, 2010.

                                                FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Edwin G. Torres
Counsel of Record